**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Shelton REED, Defendant/Appellant.**

No. ED 78733.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 19, 2002.

Scott Thomspon, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Jefferson City, MO, for respondent.

Before JAMES R. DOWD, C.J., PAUL J. SIMON, J. and MARY R. RUSSELL, J.

## ORDER

PER CURIAM.

Defendant, Shelton Reed, appeals a judgment entered upon a jury verdict finding him guilty of second degree assault in violation of section 565.060, RSMo 2000 and felony stealing in violation of section 570.030, RSMo 2000. He argues the trial court erred in not admitting evidence that a witness for the State had a criminal charge and a claim of probation violation pending at the time of trial.

Having reviewed the briefs of the parties and the record on appeal, we conclude the trial did not err. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).